**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1040**

In re: HARRISON LEWIS, III,

             Petitioner.

On Petition for Writ of Mandamus.   (5:11-ct-03139-D)

Submitted:  April 19, 2012              Decided:  April 25, 2012

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Harrison Lewis, III, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harrison Lewis, III, petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his civil suit. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court dismissed his suit on February 27, 2012. Accordingly, because the district court has recently decided Lewis' case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED